UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STATE OF NEVADA CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>BLAKE AMAFA,<br><br>        Defendant. | Case No. 2:23-cv-02023-MMD-EJY<br><br>**ORDER** |

Pending before the Court is Defendant Blake Amafa's Application to Proceed *in forma pauperis*, which accompanies his Notice of Removal. ECF Nos. 1, 1-1. As the party initiating this case in federal court, Defendant would ordinarily have to pay the filing file of $405.00; provided, however, that 18 U.S.C. § 1915 allows the Court to waive such fee. Here, Defendant submitted a complete application to proceed *in forma pauperis* demonstrating an inability to pay the filing fee.

Accordingly, IT IS HEREBY ORDERED that Defendant Blake Amafa's Application to Proceed *in forma pauperis* (ECF No. 1) is GRANTED and Plaintiff need not pay the filing fee associated with the removal.

Dated this 13th day of December, 2023.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE