UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| STATE OF NEVADA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BLAKE AMAFA,<br><br>Defendant. | Case No. 2:23-cv-02023-MMD-EJY<br><br>**REPORT AND RECOMMENDATION** |

On December 7, 2023, Defendant filed an application to proceed *in forma pauperis* and a Notice of Constitutional Question. ECF Nos. 1, 1-1. On February 29, 2024, the Court issued an Order dismissing Defendant's claims without prejudice, but providing him with one opportunity, through and including April 1, 2024, to file a Complaint compliant with Federal Rule of Civil Procedure 8. ECF No. 5 at 2. The Court stated it would recommend dismissal with prejudice if Plaintiff failed to timely comply with the Court's Order. *Id.* As of the date of this Recommendation, Plaintiff has not complied with the Court's Order.

Accordingly, IT IS HEREBY RECOMMENDED that this matter be dismissed with prejudice for failure to comply with the Court's February 29, 2024 Order.

Dated this 16th day of April, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

**NOTICE**

Under Local Rule IB 3-2, any objection to this Finding and Recommendation must be in writing and filed with the Clerk of the Court within fourteen (14) days. The Supreme Court has held that the courts of appeal may determine that an appeal has been waived due to the failure to file objections within the specified time. *Thomas v. Arn*, 474 U.S. 140, 142 (1985). This circuit has also

1  held that (1) failure to file objections within the specified time and (2) failure to properly address
2  and brief the objectionable issues waives the right to appeal the District Court's order and/or appeal
3  factual issues from the order of the District Court. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir.
4  1991); *Britt v. Simi Valley United Sch. Dist.*, 708 F.2d 452, 454 (9th Cir. 1983).