1
2
3
4
5

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

6    STATE OF NEVADA CORPORATION,            Case No. 2:23-cv-02023-MMD-EJY

7                              Plaintiff,              ORDER

8          v.

9    BLAKE AMAFA,

10                             Defendant.

11        Before the Court is the Report and Recommendation ("R&R") of United States

12   Magistrate Judge Elayna J. Youchah (ECF No. 6), recommending that the Court dismiss

13   this action for Blake Amafa's failure to file a complaint that complies with Federal Rule of

14   Civil Procedure 8, in compliance with the Court's February 29, 2024 order (ECF No. 5).

15   Amafa had until April 30, 2024 to file an objection. To date, no objection to the R&R has

16   been filed. For this reason, and as explained below, the Court adopts the R&R and

17   dismisses this action.

18        Because there is no objection, the Court need not conduct de novo review and is

19   satisfied Judge Youchah did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d

20   1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and

21   recommendations is required if, but *only* if, one or both parties file objections to the

22   findings and recommendations.") (emphasis in original). Here, Judge Youchah

23   recommends dismissing this action because Amafa has failed to comply with the Court's

24   prior order to file a complaint that complies with Rule 8. (ECF No. 6 at 1.) The Court

25   agrees with Judge Youchah. Having reviewed the R&R and the record in this case, the

26   Court will adopt the R&R.

27        It is therefore ordered that Judge Youchah's Report and Recommendation (ECF

28   No. 6) is adopted.

It is further ordered that this action is dismissed without prejudice.

The Clerk of Court is directed to enter judgment accordingly and close this case.

DATED THIS 6th Day of May 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE