AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

State of Nevada Corporation

                Plaintiff,

    v.

Blake Amafa

                Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:23-cv-02023-MMD-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that judgment is entered in favor of Plaintiff and against Defendant dismissing this action without prejudice. Case closed.

5/6/2024
Date

DEBRA K. KEMPI
Clerk

/s/ A. Miller
Deputy Clerk